UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 2 9 2010
7-29-10
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Donald R. Miller

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tracy Reed
James Eccarat -
of the DuPage
County Sheriff.
Ofc. Wolfe
Ofc. Michels  - Det Louis

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

10 C 4770
Judge David H. Coar
Magistrate Judge Susan E. Cox

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Donald R. Miller

B. List all aliases: N/A

C. Prisoner identification number: 00214141

D. Place of present confinement: Dupage County Jail

E. Address: 501 N. County Farm Road Wheaton Illinois. 60187

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tracy Reed

Title: Detective

Place of Employment: Dupage County Sheriff

B. Defendant: James Eccardt

Title: Detective

Place of Employment: Dupage County Sheriff

C. Defendant: Ofc. Wolfe

Title: Officer

Place of Employment: Lisle, P.D.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D) Defendant - Ofc. Michels
Title - Officer
Place of Employment - Lisle P.D

E) Defendant - Det. Louis
Title - Detective
Place of Employment - Lisle P.D


III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _N/A_

    B. Approximate date of filing lawsuit: _N/A_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

    D. List all defendants: _N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

    F. Name of judge to whom case was assigned: _N/A_

    G. Basic claim made: _N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or About June 30, 2010 At 12:50 PM, I received A Call from James Eccardt who I later Found out to Be A Detective. James Eccardt Asked Me to Meet Him on Ogden And Fender At R and J Convenient Store in Lisle Illinois Dupage County. So I told Him too give me About 10 min I will meet Him up there, I meet Him up there Because I Had Been Acquainted with James Eccardt Through A Friend Named Robert. I got Into James Eccardt Truck And Asked Him What Was up. He (James Eccardt) Asked Me About Drug's And Before I could protest About Any Knowledge About what He Was referring to He Said

4

"Yes you Do" And He punched me In the Face. I was Dazed And Another Person who I came to know As Tracy Reed opened the passenger Door that I was on. Punched me In my right eye And pulled me out of the car. And Him (Detective Tracy Reed, officer Wolfe, officer Michels And officer Louis Began to Beat me. I was on the ground And the 2 officer Whom I did-not See Because my face was Covered in Blood Began to Both Tazer me. I was not Resisting them what so ever. And I Repeatedly told them I have A metal plate in my leg But these police Continued to tazze And Beat me. When I Arrived At The Tilse Police Department I Ask the officers if I could See A Doctor to look At my Face And leg's Because I have A plate in one An my whole side is Numb

5

They Told Me to "Shut the Fuck up" And "I'm Not Going Any Where But to Jail."

The Fact Are (1.) These officer of The Dupage County Sheriff And Lisle Police Department Beat me up And Tazzered Me for No reason And to ADD Insult to Injury they Charged Me with Resisting A Peace Officer.

(2.) Every thing was or Should have Been Caught on The Dupage County or Lisle Police Car Camera's And The Camera's of B and Y convenient Store

(3.) I Have Severe Pain's in My Right leg were I was Beat And Kicked. And I have "12" Screws And "2" Metal Plate's that when I was Tazzered I can not feel my whole right side. And They where kicking me in My Back.

(4.) The officer use Excessive Force for NO Reason.

6

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Want 250,000$ From Detective James Eccard+ And I want 250,000 $ From Detective Tracy Reed Also For every officer involved I want 25,000.$ And An Apology From the Dupage County Sheriff And Lisle Police Department Respectfully.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21__ day of __July__, 20_10_

_____Miller Donald_____
(Signature of plaintiff or plaintiffs)

_____Miller Donald_____
(Print name)

_____00214141_____
(I.D. Number)

_____Dupage County Jail 501 No._____
_____County Farm Road, Wheaton IL 60187_____
(Address)